UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGAN,<br>   Plaintiffs,<br><br>v.<br><br>R/V DISCOVERY (O.N. 660335)<br> her engines, boilers, tackle<br> and appurtenances, *in rem*,<br>   Defendants. | C.A. No. 17cv12070 GAO |

## MOTION TO ARREST

Now come the Plaintiff, George Logan by its attorney, and moves for an order allowing it to arrest the vessel described in the Verified Complaint in this action forthwith, for the reasons that are stated in the attached Verified Complaint.

         Respectfully submitted,

         George Logan
         By his attorney,

         /s/ David S. Smith
         _____
         David S. Smith, Esq.
         BBO No.: 634865
         Farrell McAleer & Smith LLP
         60 Washington Street, Suite 303
         Salem, Massachusetts 01970
         Tel: 978-744-8918
         Fax: 978-666-0383
         e-mail: dsmith@fmsfirm.com

Dated: October 23, 2017

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGAN, )
    Plaintiffs, )
)
v. ) C.A. No. 17cv12070 GAO
)
R/V DISCOVERY (O.N. 660335) )
    her engines, boilers, tackle )
    and appurtenances, *in rem*, )
    Defendants. )

## ORDER AUTHORIZING ARREST AND DIRECTING CLERK TO ISSUE WARRANT OF ARREST

The Court, having reviewed the Verified Complaint of Martha's Vineyard Shipyard, Inc., plaintiff herein, and upon the application of plaintiff for an order authorizing a warrant of arrest, finds that the conditions for an action *in rem* appear to exist, and it is

ORDERED that the immediate issuance of a warrant for the arrest of the vessel informally known as both R/V DISCOVERY (O.N. 660335), is authorized, and it is further

ORDERED that the Clerk of the District Court shall immediately prepare a Warrant for the arrest of the vessel and shall deliver it to the United States Marshal for the District of Massachusetts for service, and it is further

ORDERED that any person claiming an interest in the vessel known as R/V DISCOVERY (O.N. 660335), shall be entitled to a prompt hearing on request at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims, and it is further

ORDERED that a copy of this Order be attached to and served with the said Warrant for Arrest in Action In Rem.

Dated 10/24/17

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGAN, )
        Plaintiffs, )
 )
v. ) C.A. No. 17cv12070 GAO
 )
R/V DISCOVERY (O.N. 660335) )
    her engines, boilers, tackle )
    and appurtenances, *in rem*, )
        Defendants. )

## WARRANT OF ARREST

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

WHEREAS a complaint has been filed on October 23, 2017 in the United States District Court for the District of Massachusetts by Plaintiff George Logan upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action. You are therefore commanded to attach the said R/V DISCOVERY (O.N. 660335), her engines, tackle, gear, etc., now located in Falmouth, Massachusetts in said District, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts, this     day of October, 2017.

_____, CLERK

By: Taylor Halley
Deputy Clerk

NOTE: The claimant of property seized hereunder shall file its claim within 14 days after the Warrant has been executed, and shall serve its answer within 21 days after filing of the claim.



