UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGAN,<br>    Plaintiffs,<br><br>v.<br><br>R/V DISCOVERY (O.N. 660335)<br>    her engines, boilers, tackle<br>    and appurtenances, *in rem*,<br>        Defendants. | )<br>)<br>)<br>)   C.A. No. 17cv12070<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR PUBLICATION OF NOTICE OF ARREST

Plaintiff moves pursuant to Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims for an order that the Marshal be directed to publish notice of this action and of the arrest of the defendant vessel R/V DISCOVERY (O.N. 660335) in the local newspaper per the United States Marshal's custom and practice, or such other publications as will provide adequate public notice and that the Court require persons claiming any interest in the defendant vessel to file a statement of interest in or right against the Vessel fourteen (14) days after said date of publication and an answer within twenty one (21) days after filing the statement of interest in or right against the Vessel. Additionally, pursuant to 46 U.S.C. §31325(d)(1), Plaintiff shall send via certified mail return receipt requested a copy of the Notice to be published to all owners of record and or lien holders identified on the National Vessel Documentation Center abstract of title for the Vessel. A copy of the proposed Notice is attached hereto as Exhibit A.

Respectfully submitted,
George Logan,
By its attorney,

/s/ David S. Smith
David S. Smith, Esq.
BBO No.: 634865
Farrell McAleer & Smith LLP
60 Washington Street, Suite 303
Salem, Massachusetts 01970
Tel: 978-744-8918
e-mail: dsmith@fmsfirm.com

Dated: October 23, 2017

IT IS SO ORDERED
Entered: 10/24, 2017

_____, USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGAN,
    Plaintiffs,

v.                                C.A. No. 17cv12070 GAO

R/V DISCOVERY (O.N. 660335)
    her engines, boilers, tackle
    and appurtenances, *in rem*,
        Defendants.

## PUBLIC NOTICE OF ACTION AND ARREST

On October 23, 2017, a Verified Complaint was filed by George Logan in the United States District Court for the District of Massachusetts, Civil Action No. 17cv12070 against the vessel R/V DISCOVERY (O.N. 660335), *in rem*, seeking the condemnation and sale of said vessel for the purpose of applying the proceeds of said sale toward charges to the vessel. In accordance with said Complaint, a warrant of arrest of said vessel was issued, and it was executed on _____, when said vessel was arrested and attached at Boston, Massachusetts, by the United States Marshal. Any person having an interest in said vessel, in order to protect or assert said interest or claim during the preceding, must file a verified claim within fourteen (14) days after publication of this notice and serve its answer within twenty (21) days after the filing of the claim.